O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FIORITO,<br>    Plaintiff,<br>v.<br>DR. ANDERSON, et al.,<br>    Defendants. | Case No. 5:18-cv-00506-JFW-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the initial Report and Recommendation ("R&R") of the United States Magistrate Judge, Plaintiff's objections to that initial R&R, and the Magistrate Judge's Amended R&R addressing Plaintiff's objections. The Court has engaged in a de novo review of those portions of the R&R to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge. IT IS THEREFORE ORDERED that:

(1) the claims against Ian Connor and the Doe Defendants located in Washington DC are dismissed without leave to amend;

(2) the damages claims against the individual Defendants in their official capacities are dismissed without leave to amend;

(3) Plaintiff's Bivens claims against Defendants Dr. Anderson, HSA Weaver, and the Doe Defendants at FCI Gilmer, as well as the FTCA claims

against the United States based on these Defendants' behavior, are severed and transferred to the Northern District of West Virginia; and

    (4) Plaintiff's <u>Bivens</u> claims against Defendants Dr. Thomas Love, Dr. Gomez, Unit Manager Edwards, Ms. Brown and Mr. Stewart, as well as the FTCA claims against the United States based on these Defendants' behavior, are severed and transferred to the Eastern District of Kentucky.

DATED: September 25, 2018

                                            _____
                                            JOHN F. WALTER
                                            UNITED STATES DISTRICT JUDGE