|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | CENTRAL DISTRICT OF CALIFORNIA |

| | |
|---|---|
| MICHAEL FIORITO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. ANDERSON, et al.,<br><br>　　　　Defendants. | Case No. 5:18-cv-00506-JFW-KES<br><br>ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Amended Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the initial Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the following claims are DISMISSED with prejudice and without leave to amend: (a) the Eighth Amendment claims against the Doe Grievance Reviewers; and (b) the state law claims for negligent infliction of emotional distress and retaliation.

This action will proceed on the following claims: (a) the Eighth Amendment claims against Defendants Peikar, Hoang, Coleman, Bueno, Poyner, the Doe Gatekeepers, and Entzel; (b) the <u>Bivens</u> civil conspiracy claim against all Defendants; (c) the First Amendment retaliation claim against Defendant Entzel; and (d) state law claims for medical malpractice, negligence, and violation of the Bane Act against all Defendants.

DATED: April 15, 2019

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN E. SCOTT
United States Magistrate Judge