UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FIORITO,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. ANDERSON, et al.,<br><br>  Defendants. | Case No. 5:18-cv-00506-FWS-KES<br><br>ORDER ACCEPTING SECOND AMENDED REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Second Amended Report and Recommendation ("R&R") of the United States Magistrate Judge.  The Amended R&R addressed objections Plaintiff filed to the initial R&R (Dkt. 153), which the Court has reviewed.  No objections were filed to the Amended R&R, and the time for filing such objections has passed.  The Second Amended R&R was issued only to correct a clerical error in the Amended R&R.

   The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

   IT IS THEREFORE ORDERED that Defendants' motion for summary

judgment (Dkt. 96) is **granted in part and denied in part**.

As to the following claims, Defendants are entitled to summary judgment based on lack of exhaustion, and the claims are **dismissed without prejudice and without leave to amend**: (a) all claims against the United States, (b) all claims against the Defendants Doe Gatekeepers, (c) the Bivens conspiracy claims against any and all Defendants, (d) the Eighth Amendment claims against any and all Defendants for failure to treat Plaintiff's back pain, (e) the First Amendment retaliation and/or Eighth Amendment claims against any and all Defendants based on Plaintiff being denied a wheelchair, placed in the SHU, denied an ankle brace while in the SHU, and/or blocked from using the phone while in the SHU at FCI Victorville between July and November 2017.

As to the following claims, Defendants are not entitled to summary judgment: (a) Eighth Amendment claim for failure to treat Plaintiff's ankle pain against Defendants Peikar, Bueno, Hoang, Coleman, and Poyner, (b) Eighth Amendment claim for failure to treat a growth on Plaintiff's pec against Defendants Bueno, Hoang, and Coleman, and (c) Eighth Amendment claim for failure to provide Plaintiff with Provigil against Defendants Peikar, Bueno, Hoang, Coleman, and Poyner.

DATED: July 19, 2022

FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE