UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FIORITO<br><br>Plaintiff,<br><br>v.<br><br>DR. ANDERSON, et al.,<br><br>Defendants. | Case No. 5:18-cv-00506-FWS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

 Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 237).  No objections to the R&R were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

 IT IS THEREFORE ORDERED that Defendants' motion for judgment on the pleadings (Dkt. 189) and motion to dismiss (Dkt. 190) are **granted**, and Judgment shall be entered **dismissing with prejudice** the claims that Defendants

1  Peikar, Bueno, Hong, Coleman, and Poynor violated Plaintiff's Eighth Amendment
2  rights because they were deliberately indifferent to his ankle pain and his mental
3  health conditions.

5  DATED: June 17, 2024

                         Hon. Fred W. Slaughter
                         UNITED STATES DISTRICT JUDGE