JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FIORITO<br><br>Plaintiff,<br><br>v.<br><br>DR. ANDERSON, et al.,<br><br>Defendants. | Case No. 5:18-cv-00506-FWS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's most recent Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the claims alleging Defendants Peikar, Bueno, Hong, Coleman, and Poynor violated Plaintiff's Eighth Amendment rights by being deliberately indifferent to his ankle pain and his mental health conditions are **dismissed with prejudice**.

IT IS FURTHER ADJUDGED that, pursuant to the Court's July 19, 2022 Order Accepting Report and Recommendation of U.S. Magistrate Judge (Dkt. 162) and partially granting Defendants' motion for summary judgment, the following claims are **dismissed without prejudice** based on lack of exhaustion: (a) all claims against the United States, (b) all claims against the Defendants Doe Gatekeepers,

1  (c) the <u>Bivens</u> conspiracy claims against any and all Defendants, (d) the Eighth
2  Amendment claims against any and all Defendants for failure to treat Plaintiff's
3  back pain, (e) the First Amendment retaliation and/or Eighth Amendment claims
4  against any and all Defendants based on Plaintiff being denied a wheelchair, placed
5  in the SHU, denied an ankle brace while in the SHU, and/or blocked from using the
6  phone while in the SHU at FCI Victorville between July and November 2017.

DATED:  June 17, 2024

                                        FRED W. SLAUGHTER
                                        UNITED STATES DISTRICT JUDGE