# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. 5:18-cv-00506-FWS-KES | Date: November 14, 2025 |

Title: MICHAEL FIORITO v. DR. ANDERSON, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** Order to Show Cause ("OSC")

On September 12, 2025, the Court ordered the BOP Defendants[1] to serve certain documents on Plaintiff by October 13, 2025 and file a notice of compliance describing what was served by October 20, 2025. (Dkt. 287.) On October 14, 2025, the Court granted the BOP Defendants' request to extent the production deadline to October 27, 2025 and the deadline to file a notice of compliance to November 3, 2025. (Dkt. 291.) As of the date of this order, the BOP Defendants have not filed a notice of compliance.

IT IS THEREFORE ORDERED that, **on or before November 21, 2025**, the BOP Defendants shall show cause why sanctions should not issue for failure to obey the Court's order. They may discharge this OSC by filing either (1) a notice of compliance that states what documents were served on Plaintiff and when, or (2) a status report explaining why the documents have not yet been served and when Defendants plan to do so.

Initials of Deputy Clerk jd

---

[1] The "BOP Defendants" refers to Dr. Peikar, Physician's Assistant Hong, PA Coleman, and Health Services Administrator Poynor.