UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FIORITO,<br><br>Plaintiff,<br><br>v.<br><br>DR. ANDERSON, et al.,<br><br>Defendants. | Case No. 5:18-cv-00506-FWS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge issued on October 2, 2025 (Dkt. 288). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///

///

///

IT IS THEREFORE ORDERED that:

1. The Bureau of Prisons ("BOP") Defendants'[1] motion to dismiss (Dkt. 278) is granted;

2. Dr. Bueno's motion to dismiss (Dkt. 276) is granted in part and denied in part;

3. Plaintiff's motion to supplement the record (Dkt. 285) is denied;

4. The following claims and allegations are stricken from the Third Amended Complaint ("TAC" at Dkt. 268):

    a. Counts II and III (the state law claims) (id. at 17-21);

    b. Claims against Doe Gatekeepers (id. at 3 ¶ 11; id. at 13-14 ¶¶ 49-51);

    c. Eighth Amendment claims based on failure to treat Plaintiff's back pain (id. at 6 ¶ 22; id. at 9 ¶¶ 33-34, 37-38; id. at 12 ¶ 45; id. at 19 ¶ 75(e));

    d. First Amendment retaliation and/or Eighth Amendment claims based on Plaintiff being placed in the SHU (id. at 16 ¶¶ 62-64); and

    e. First Amendment retaliation and/or Eighth Amendment claims based on Plaintiff being denied an ankle brace while in the Special Housing Unit (id. at 8 ¶ 32; id. at 13 ¶ 48; id. at 14 ¶ 54).

5. The TAC's Eighth Amendment claim against Dr. Bueno is dismissed with prejudice to the extent it is based on deliberate indifference to Plaintiff's gynecomastia.

6. The claims remaining in this lawsuit are as follows:

---

[1] The BOP Defendants are Dr. Peikar, Physician's Assistant Hong, Physician's Assistant Coleman, and Health Services Administrator Poynor.

     a.     Eighth Amendment claims against the BOP Defendants and Dr. Bueno based on deliberate indifference to Plaintiff's ankle pain and traumatic brain injury symptoms; and

     b.     Eighth Amendment claims against the BOP Defendants based on deliberate indifference to Plaintiff's gynecomastia.

**IT IS SO ORDERED**.

Dated:  November 20, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE